

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSEPH ZUNIGA,<br><br>　　　　　Defendant. | Case No.  CR 17-00771-JVS<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On October 21, 2024, Defendant Joseph Zuniga made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on October 23, 2023. Deputy Federal Public Defender Rose Statman was appointed to represent Defendant.  The government was represented by Assistant U.S. Attorney Matthew Tang.  Defendant submitted on the recommendation of detention in the report prepared by Probation and Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☒ the petition alleges that Defendant used methamphetamine and was arrested for, and convicted of, possession of controlled substances and possession of a firearm and ammunition while on supervised release.

  ☒ in custody on state charges.

  ☒ Admitted use of methamphetamine while on supervised release.

  ☒ lied to arresting officers about being on supervised release.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☒ allegations in the petition (see above);

  ☒ continued use of methamphetamine while on supervised release

  ☒ extensive criminal history.

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 21, 2024

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE